UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3683 SJO (VBKx) | Date | February 7, 2008 |
|---|---|---|---|
| Title | Homeland Housewares LLC v. J.C. Penny Company Inc., et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | | |
|---|---|---|---|
| Roxanne Horan | CourtSmart | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Daniel M. Cislo | Brian K. Brookey | | |

**Proceedings:**     SETTLEMENT CONFERENCE

The Court met with counsel and representative, Alan Feldstein, for plaintiffs on February 6, 2008 from 10:00 a.m. to 12:30 p.m.  The matter resulted in full and complete settlement of the litigation as to all parties, and the terms of settlement were recited on the record.

cc: District Judge Otero

2 hrs.  :  30 mins.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3683 SJO (VBKx) | Date | February 7, 2008 |
|---|---|---|---|
| Title | Homeland Housewares LLC v. J.C. Penny Company Inc., et al. | | |

Initials of Preparer         RH