Daniel M. Cislo, Esq., No. 125,378
Dennis Larson, Esq., No. 48,983
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Facsimile: (310) 394-4477
Email: dan@cislo.com
dlarson@cislo.com

Attorneys for
Homeland Housewares, LLC

Brian K. Brookey, Esq., No. 149,522
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
Email: brian.brookey@cph.com

Attorneys for
J.C. Penney Company, Inc. and
J.C. Penney Corporation, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC., a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>J. C. PENNEY COMPANY, INC., a Delaware corporation, J.C. PENNEY CORPORATION, INC., a Delaware corporation and DOES 1 through 9, inclusive.<br><br>Defendants. | CASE NO. CV 07-3683 SJO (VBKx)<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIMS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HOMELAND HOUSEWARES LLC ("Homeland") and Defendants J. C. PENNEY COMPANY, INC., and J. C. PENNEY CORPORATION, INC., pursuant to Rule 41(a)(1)(ii), (a)(2) of the Federal Rules of Civil Procedure, that the Dismissal as set forth in the attached [Proposed] Dismissal of Complaint and Counterclaims be submitted to the Court for review and signature.

Respectfully submitted,

CISLO & THOMAS LLP

Dated: ~~February~~ March 14th, 2008

By: _____
Daniel M. Cislo, Esq.
Dennis Larson, Esq.

Attorneys for Plaintiff
HOMELAND HOUSEWARES, LLC

CHRISTIE PARKER & HALE, LLP

Dated: ~~February~~ March 14, 2008

By: _____
Brian K. Brookey, Esq.

Attorneys for Defendants
J. C. PENNY COMPANY, INC and
J. C. PENNY CORPORATION, INC.

T:\07-19416\Stipulation for Dismissal-0001.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Brian K. Brookey, Esq., CHRISTIE, PARKER & HALES, LLP, 350 West Colorado Boulevard, Suite 500, P.O. Box 7068, Pasadena, CA 91109-7068 (Attorney for J.C. Penney Company, Inc. and J.C. Penney Corporation, Inc.)

*/s/ Annie Aboulian*

Annie Aboulian