1  Daniel M. Cislo, Esq., No. 125,378
   Dennis Larson, Esq., No. 48,983
2  CISLO & THOMAS LLP
   1333 2nd Street, Suite 500
3  Santa Monica, California 90401
   Telephone:  (310) 451-0647
4  Facsimile:  (310) 394-4477
   Email:      dan@cislo.com
5              dlarson@cislo.com

6  Attorneys for
   Homeland Housewares, LLC
7
   Brian K. Brookey, Esq., No. 149,522
8  CHRISTIE, PARKER & HALE, LLP
   350 West Colorado Boulevard, Suite 500
9  Post Office Box 7068
   Pasadena, California 91109-7068
10 Telephone:  (626) 795-9900
   Facsimile:  (626) 577-8800
11 Email:      brian.brookey@cph.com

12 Attorneys for
   J.C. Penney Company, Inc. and
13 J.C. Penney Corporation, Inc.

14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17

18 HOMELAND HOUSEWARES,              ) CASE NO. CV 07-3683 SJO (VBKx)
   LLC., a California limited liability )
19 company,                           ) **[PROPOSED] DISMISSAL OF**
                                      ) **COMPLAINT AND**
20              Plaintiff,            ) **COUNTERCLAIMS**
                                      )
21       vs.                          )
                                      )
22 J. C. PENNEY COMPANY, INC., a      )
   Delaware corporation, J.C. PENNEY  )
23 CORPORATION, INC., a Delaware      )
   corporation and DOES 1 through 9,  )
24 inclusive.                         )
                                      )
25              Defendants.           )
                                      )
26                                    )

27

28

1   THIS DISMISSAL IS HEREBY MADE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), (a)(2), the terms of the parties' confidential Settlement Agreement, and the parties' Stipulation to Dismiss Complaint and Counterclaims attaching this Dismissal, by and between Plaintiff HOMELAND HOUSEWARES LLC ("Homeland") and Defendants J. C. PENNEY COMPANY, INC. and J.C. PENNEY CORPORATION, INC., through their respective attorneys of record. Pursuant to the parties' Stipulation, this case is hereby dismissed with prejudice of the entire complaint filed by Homeland and counterclaims filed by Defendant J. C. PENNEY CORPORATION, INC., subject to the parties' confidential Settlement Agreement.  Each side is to bear its own costs, including attorney fees associated with the Complaint.  This Court shall retain subject matter and personal jurisdiction over the parties for the purpose of interpretation or enforcement of said confidential Settlement Agreement between the parties.

Date: _____, 2008        _____
                                    United States District Court Judge